Stacey D. POWELL, Appellant

v.

EMIGRANT MORTGAGE COMPANY,
INC., Appellee.

Supreme Court of Pennsylvania.

Argued Nov. 30, 2010.

Decided Dec. 21, 2010.

James S. Tupitza, Esq., Tupitza & Bryman, P.C., West Chester, for Stacey D. Powell, appellant.

Blair H. Granger, Esq., Blair H. Granger & Associates, P.C., Paoli, for Emigrant Mortgage Company, Inc., appellee.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY and ORIE MELVIN, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been IMPROVIDENTLY GRANTED.

In the Interest of R.J.T., a Minor.